IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:99CR61 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | REASSIGNMENT ORDER |
| JOHN DEWEY LIM, ) | |
| ) | |
| Defendant. ) | |

COMES NOW the court sua sponte and finds this case was previously assigned to the late District Judge William G. Cambridge. Accordingly,

**IT IS ORDERED** that this case is reassigned to District Judge Joseph F. Bataillon for all disposition matters.

**DATED:  January 26, 2006**

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge